IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **14-cv-2545-AP**

**MARTHA ADAMS MORTON MUESSEL,**

       Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

       Defendant.

## ORDER FOR JUDGMENT AND REMAND

Kane, J.

Defendant's Unopposed Motion to Remand (Doc. 15), seeking entry of judgment and a remand or further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**. The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  April 2, 2015.

                                                   *s/John L. Kane*
                                                   Senior U.S. District Court Judge